45, 4B-01 through -0?

TO: CLERK OF THE COURT OF                              12/23/2014

CRIMINAL APPEALS

P O BOX 12308 CAPITAL STATION

AUSTIN, TEXAS 78711


RE: FILING DATES / NUMBERS / OUTCOMES

OF C-3 0008220-0926958A-B-C-D-E-F-G-H

WR-65-469-01-02-03-04-05-06-07-08


        DEAR CLERK,

    PLEASE WOULD YOU GIVE ME THE DATES_NUMBERS_AND OUT-COMES OF THE ABOVE

CITED AND REQUESTED CASES ?

    THANK YOU KINDLY FOR YOUR TIME AND PATIENCE.

                         SINCERLY,

                         PAIGE LOUIS BENNER #1278531

                         2101 FM 369 Nth ALLRED UNIT

                         IOWA PARK, TEXAS

                         76367-6568

PS IF AT ALL POSSIBLE COULD I PLEASE GET THE ORDER THAT WAS ISSUED FOR 0926958H ?

P.S. IF AT ALL

CC:PERSONAL FILE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk